ORDERED.

Dated:  June 16, 2017

*Roberta A. Colton*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

IN RE:                                                              Case No. 6:17-bk-01365-RAC
Lisa Anne Pendle                                          Chapter 7
*aka* Lisa Baggett
*aka* Mary Smith
*aka* Belinda Ellise,

           Debtor.                                    /

**AGREED ORDER
GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
(RE: 840 N TRIPLET LAKE DRIVE, CASSELBERRY, FL 32707-3415)**

THIS CASE came on for consideration of the *Motion for Relief from Automatic Stay* [DE 13] filed by HSBC BANK USA, N.A. (the "Motion") and the Chapter 7 Trustee's *Response* [DE 14] (the "Response"). The Court having reviewed the Motion and the Response, having been advised that the parties agree to the entry of this Order, and being otherwise fully advised in the premises, it is

**ORDERED:**

1. The Motion is GRANTED subject to the below limitations.

2. The automatic stay arising by reason of 11 U.S.C. Section 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

LOT 18, OF TRIPLET LAKE SHORES THIRD ADD, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 12, AT PAGE 79, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.

Said property also bears a common address of 840 N. Triplet Lake Drive, Casselberry, FL 32707-3415.

3. If the Chapter 7 Trustee has not sold the subject property within six (6) months of entry of this Order, then Secured Creditor, HSBC BANK USA, N.A., is granted in rem stay relief.

4. Secured Creditor, HSBC BANK USA, N.A., must either be paid in full from the proceeds of any sale or any short sale must first be approved by Secured Creditor, HSBC BANK USA, N.A.

5. The automatic stay is modified for the sole purpose of allowing the Movant to complete *in rem* relief, to take any and all steps necessary to exercise any rights it may have in the property, to gain possession of the property, and to have *in rem* relief in accordance with non-bankruptcy law. Movant does not have *in personam* relief against the Debtor.

Attorney Lindsey Savastano is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.